HENRY STEPHENS, plaintiff in error, *vs*. THE STATE, defendant in error.

To complete the offense of uttering a forged paper, it must not only be published as true when the party knows it to be fraudulent, but also with intent to injure some one.

Forgery. Verdict. Motion in arrest of judgment. Before Judge KNIGHT. Fannin Superior Court. May Term, 1876.

For the facts of this case, see the decision.

WIER BOYD; JOHN S. FAIN, for plaintiff in error.

C. D. PHILLIPS, solicitor general, for the state.

WARNER, Chief Justice.

The defendant was indicted for the offense of forgery, and charged in one count of the indictment with having falsely and fraudulently passed and uttered as true a certain false, forged and counterfeit order for goods. The jury, on the trial of the case, instead of returning a general verdict of guilty, returned the following verdict: "We, the jury, find the prisoner guilty of passing a forged order, knowing it to be such." A motion was made in arrest of judgment, which was overruled by the court, and the defendant excepted.

This case comes within the ruling of this court in *Couch vs. The State*, 28 *Georgia Reports*, 367, and is controlled by it.

Let the judgment of the court below be reversed.